# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:11-CR-013-HDM (VPC) |
| | ) | |
| RYAN ROSS MCKENDRY-VERHUNCE, | ) | |
| | ) | |
| Defendant. | ) | |

## PRELIMINARY ORDER OF FORFEITURE

This Court finds that on September 7, 2011, defendant RYAN ROSS MCKENDRY-VERHUNCE pled guilty to Counts One through Four of a Four-Count Criminal Indictment charging him in Counts One, Two, and Four with Possession of a Firearm by a Convicted Felon, in violation of Title 18, United States Code, Section 922(g)(1) and in Count Three with Possession of an Unregistered Short-Barreled Shotgun, in violation of Title 26, United States Code, Sections 5841 and 5861(d). Docket #1, #20.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment and the offense to which defendant RYAN ROSS MCKENDRY-VERHUNCE pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

    1.    A Savage, model 10, .243 caliber rifle, serial number F819031;

| | |
|---|---|
| 1 | 2. A Mossberg, model 185D, 20 gauge shotgun, with no visible serial number; |
| 2 | 3. A Sig Sauer, model P220, .45 caliber pistol, serial number G193893; and |
| 3 | 4. Any and all ammunition ("property"). |

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of RYAN ROSS MCKENDRY-VERHUNCE in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, Bruce R. Thompson U.S. Courthouse and Federal Building, 400 South Virginia Street, 3rd Floor, Reno, NV 89501.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

>Greg Addington
>Assistant United States Attorney
>100 West Liberty Street, Suite 600
>Reno, NV 89501

. . .

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this 13th day of September, 2011.

Howard D. McKibben
UNITED STATES DISTRICT JUDGE