**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 3:11-cr-00013-HDM-VPC |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| RYAN ROSS McKENDRY-VERHUNCE, | ) | |
| Defendant. | ) | |

The government shall respond to section I.B of the defendant's sentencing memorandum (#26) on or before Friday, December 16, 2011.

IT IS SO ORDERED.

DATED: This 14th day of December, 2011.

*[signature: Howard D. McKibben]*
_____
UNITED STATES DISTRICT JUDGE