IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,                         3:11-cr-00013-HDM-VPC

  vs.                                  ORDER

RYAN ROSS MCKENDRY-VERHUNCE,

    Defendant.
_____/

Pursuant to the court's order dated April 26, 2012, the Defendant's motion to unseal filed April 26, 2012 (#53) is granted for the limited purpose of appellate review.

IT IS SO ORDERED.

Dated this 3rd day of May, 2012.

                                            _____
                                            SENIOR U.S. DISTRICT JUDGE